FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 20 PM 3:00

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

RICKEY WALKER                           CIVIL ACTION NO.

VERSUS                                  SECTION 06-1428
                                        JUDGE
KENNETH MAY,                            MAG. JUDGE
AXA RE P & C INSURANCE COMPANY,
AND ACE MOVING & STORAGE COMPANY, INC.  SECT. M MAG. 5

### ANSWER

**NOW INTO COURT**, through undersigned counsel, come defendants, Rickey Walker, Axa Re P & C Insurance Company and Ace Moving & Storage Co., Inc., who for purpose of responding to the plaintiff's petition for damages respectfully represent:

### First Defense

The allegations are vague and fail to provide sufficient specificity to permit a full response thereto and thus defendants reserve their right to raise any and all defenses which may be applicable, until the precise nature of the claims

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

are fully ascertained through discovery or amendment of the pleadings, but in the meantime defendants assert all applicable affirmative defenses, including without limitation, any failure on the part of the plaintiff to comply with the minimum compulsory financial responsibility laws applicable to the subject accident and his claims, failure to properly mitigate the damages alleged, failing to avoid the accident and operate his vehicle safely and properly under the circumstances, and any fault on the part of others for whom these defendants are not responsible.

### Second Defense

The allegations contained in paragraphs 1 through 20 are denied as written for lack of information sufficient to justify belief therein at this time, except to admit the domiciliary status of the defendants, that an accident occurred on or about the date alleged while Mr. Walker was driving a pick-up truck and Mr. May was employed by Ace, that Axa had issued a policy which is the best evidence of its own contents and is incorporated herein by reference, and that the plaintiff has made demand for more than the amount required for trial by jury and removal to federal court.

### Third Defense

Defendants request trial by jury.

**WHEREFORE,** defendants pray that this pleading be deemed good and sufficient and that there be judgment in their favor, dismissing the plaintiff's claims with prejudice at his cost and awarding defendants all further relief to which they may be justly entitled.

Respectfully submitted,

_____
C. David Vasser, Jr. (#18518) T.A.
Claude D. Vasser (#13027)
VASSER & VASSER
516 Myrtle Hill Dr.
Baton Rouge, LA 70810
Telephone: 225-767-0352
Fax: 225-767-4801
ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been furnished to all counsel of record, by depositing same in the United States Mail, postage prepaid and properly addressed, this __14th__ day of March, 2006.

_____
C. DAVID VASSER, JR.

3